IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LARRY RUMBOUGH,**

    **Plaintiff,**　　　　　　　　　　CASE NO.: 6:17-cv-01351-GJK

    v.

**ON DECK CAPITAL, INC.;**
**LENDIO,**

    **Defendant.**

_____/

## NOTICE OF PENDING SETTLEMENT

With Plaintiff's consent, defendant On Deck Capital, Inc. hereby notifies the Court that Plaintiff and On Deck have reached a resolution with regard to the claims pled against On Deck in this case, and are presently drafting and finalizing documents to consummate this resolution. Upon execution of the same, the parties will file the appropriate dismissal documents with this Court.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL I.D. No. 120079
450-106 State Road 13 N.
Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendant On Deck Capital, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2018, notice of the above filing was provided to the Court and counsel via CM/ECF, and to Plaintiff by email.

**BARRON & NEWBURGER, P.C.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL I.D. No. 120079
450-106 State Road 13 N.
Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendant On Deck Capital, Inc.