UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

       Plaintiff,

                                           Case No. 6:17-cv-1351-Orl-37GJK

-v-

ON DECK CAPITAL, INC.

       Defendants.

## PLAINTIFF'S MOTION TO REOPEN THE CASE

Plaintiff, Larry Rumbough, hereby files Plaintiff's Motion to Reopen the Case, and states:

1. Plaintiff has settled all claims with former Defendants On Deck Capital, Inc. and Lendio due to their apparently true assertions that they were not the entities who called Plaintiff.

2. It appears that an unknown entity, Doe, was the one who called Plaintiff as detailed in his proposed First Amended Verified Complaint. It also appears that Doe went to extraordinary lengths to fraudulently portray itself as On Deck and/or Lendio. Plaintiff will seek to identify this Doe entity as expeditiously as possible and prove it was the entity who violated Plaintiff's rights.

3. On December 29, 2017, Plaintiff's Motion to Amend Complaint and Add Party was filed pursuant to Fed. R. Civ. P. 15(a)(2). Attached was a proposed First Verified Amended Complaint.

4. The Court granted this motion allowing Plaintiff to file an amended complaint.

5. However, the Court dismissed with prejudice the case on January 9, 2018 before Plaintiff filed his amended complaint.

6. Plaintiff should be allowed an opportunity to file his amended complaint.

WHEREFORE, Plaintiff requests the Court reopen the case and allow Plaintiff to file his First Amended Verified Complaint.

Dated: March 9, 2018

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 9th day of March, 2018:

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859